FILED

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

JUL 10 2013

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| CHARLES NICHOLS,<br><br>    Plaintiff - Appellant,<br><br> v.<br><br>EDMUND G. BROWN, Jr., in his official capacity as Governor of California; et al.,<br><br>    Defendants - Appellees. | No. 13-56203<br><br>D.C. No. 2:11-cv-09916-SJO<br>Central District of California,<br>Los Angeles<br><br>ORDER |

The appeal filed July 8, 2013 is a preliminary injunction appeal. Accordingly, Ninth Circuit Rule 3-3 shall apply. The briefing schedule shall be established as follows: appellant's opening brief is due August 7, 2013; appellees' answering brief is due September 4, 2013; and appellant's optional reply brief is due within 14 days after service of the answering brief.

The appeal and any motions pending at the time briefing is completed shall be referred to the next available motions panel for disposition.

JW/Pro Se

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT

By:
Joseph Williams
Deputy Clerk
Local Rule 27-7