Charles Nichols
Plaintiff/Appellant in Pro Per
PO Box 1302
Redondo Beach, CA 90278
Voice: (424) 634-7381
E-Mail: CharlesNichols@Pykrete.info
Court of Appeals Docket #: 13-56203

August 3, 2013

Office of the Clerk
THE JAMES R. BROWNING COURTHOUSE
U.S. Court of Appeals
P.O. Box 193939
San Francisco, CA 94119-3939

### Charles Nichols v. Edmund Brown, Jr., et al PRO SE Case No. 13-56203
### Notice of Entitlement to Priority Hearing – Circuit Rule 34-3(3)

Dear Ms. Dwyer:

Pursuant to Circuit Rule 34-3(3) PRO SE Plaintiff-Appellant Charles Nichols hereby informs the Court that he believes his appeal, the denial of an application for a preliminary injunction, has priority in both hearing and submission dates and priority in both is hereby requested. This notice is filed via U.S. Mail prior to the filing of Plaintiff-Appellant Nichols opening brief.

Respectfully submitted,

*[signature]*

Charles Nichols

cc: All Parties of Record via US Mail.